| | | |
|---|---|---|
| LEISURE SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| GREGORY COGDILL, NARUMON G. | ) | |
| COGDILL, KC REALTY INVESTMENTS, | ) | |
| LLC, and RUTLEDGE LAKE TRAVEL | ) | |
| TRAILER RV PARK, LLC., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on E. Thomison Holman's Motion for Special Admission of Steven C. Coffaro. It appearing that Steven C. Coffaro is a member in good standing with the Ohio Bar and will be appearing with E. Thomison Holman, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that E. Thomison Holman's Motion for Special Admission (#19) be considered as a Motion *Pro Hac Vice* of Steven C. Coffaro is **GRANTED**, and that Steven C. Coffaro is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with E. Thomison Holman.

Signed: March 30, 2009

Dennis L. Howell
United States Magistrate Judge