UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08-CV-530-GCM

| | |
|---|---|
| LEISURE SYSTEMS, INC., )<br>    Plaintiff, )<br>v. )<br>)<br>GREGORY COGDILL, *et al,* )<br>    Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **March 22, 2010 at 10:00 a.m.**.

**SO ORDERED**.

Signed: October 8, 2009

Graham C. Mullen
United States District Judge